TIMKEN CO., PLAINTIFF *v.* UNITED STATES, DEFENDANT, AND NTN BEARING CORP. OF AMERICA, AMERICAN NTN BEARING MANUFACTURING CORP., NTN CORP., KOYO SEIKO CO., LTD., KOYO CORP. OF U.S.A., AND CATERPILLAR INC., DEFENDANT-INTERVENORS

Court No. 91–09–00697

(Dated March 31, 1995)

## ORDER AFFIRMING REMAND RESULTS

TSOUCALAS, *Judge:* This Court, having received and reviewed the Department of Commerce, International Trade Administration's Results of Redetermination Pursuant to Court Remand, *The Timken Co. v.*

*United States,* Slip Op. 94–87 (May 27, 1994) ("Remand Results"), and any responses to the Remand Results submitted by the parties, it is hereby

ORDERED that the Remand Results filed by the Department of Commerce, International Trade Administration, are affirmed, and it is further

ORDERED that since all other issues have been decided, this case is dismissed.